UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**F I L E D**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:24-cr-024-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    **ORDER FOR ISSUANCE OF ARREST WARRANT**

ISAIAH HARRELL,                                            DEFENDANT
aka JAY

*     *     *     *     *

The Court ORDERS that the Motion of the United States for issuance of an arrest

warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **ISAIAH**

**HARRELL, aka JAY.**

On this 20th day of _December_ 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
            United States Probation
            Justin E. Blankenship, Assistant United States Attorney