Eastern District of Kentucky
FILED

JAN 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO. 7:24-CR-24-KKC**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

V.                          **MOTION OF UNITED STATES TO**
                    **UNSEAL INDICTMENT AND PLEADINGS**

**ISAIAH HARRELL,**
    **aka "JAY"**                                              **DEFENDANT**

* * * * *

The United States moves to unseal this case, including the indictment and other

pleadings sealed by the Order entered on or about December 20, 2024.

                              Respectfully submitted,

                              CARLTON S. SHIER, IV
                              UNITED STATES ATTORNEY

                    By: _____
                              Justin E. Blankenship
                              Assistant United States Attorney
                              601 Meyers Baker Road
                              London, Kentucky 40741
                              (606) 330-4829
                              Justin.Blankenship@usdoj.gov