UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION:  24-CR-024-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

ISAIAH HARRELL                                                                          DEFENDANT

### SENTENCING MEMORANDUM

Comes the Defendant, Isaiah Harrell, by and through the undersigned counsel, and hereby submits the following Sentencing Memorandum.  As everyone is well aware, the sentencing factors are set forth under 18 USC Section 3553(a).

1.     **The nature and circumstances of the offense and the history and characteristics of the Defendant.**  In reviewing the Presentence Investigative Report, the Defendant's **criminal history score is (0)** and he is Category I.

The Defendant's personal history and physical condition is fully and adequately addressed in the presentence report. It is important for counsel to emphasize the very young age of the Defendant in this matter and his childhood circumstances.  Mr. Harrell is only 20 years of age and really doesn't know his father.  His mother acknowledged abusing substances and working a full-time job leaving him at home in her words ""abandoned" and neglected"" as stated in the PSR.  This is of course a recipe for disaster and did not provide Mr. Harrell with a great chance of being successful.  I am sure in the Court's years of presiding over cases of this

nature has observed this scenario often leads to individuals finding themselves in similar circumstances as Mr. Harrell here today.

2.      **The Court must impose a sentence sufficient, but not greater than necessary, to comply with the purpose sentencing set forth in 18 USC Section 3553(a)(2).**  Obviously, Mr. Harrell made horrible decisions and mistakes in his life that resulted in the current charges.  Mr. Harrell has a long history of substance abuse that began at 9 years of age involving many substances.  The undersigned must admit I feel sorry for Mr. Harrell that nobody was around to guide him in the right direction.  This obviously resulted in bad decisions flamed by addiction that ultimately led to him being criminally charged.

The presentence report guideline range is 70-87 months for Count One with a total offense level of 27 after the 3-point reduction for acceptance of responsibility.  The statutory minimum is 60 months for Count One.  The presentence report guideline range for Count Two is 60 months consecutive to Count One.  Mr. Harrell requests the Court recommend RDAP for him while incarcerated.  He understands he will not receive any sentence reduction for his completion of the program due to the firearm involvement, but he believes it will assist his in becoming a productive citizen upon his release from incarceration.

Given the Defendant's young age and his circumstances that brought him here, the Defendant requests the Court sentence him to 60 months on Count One and 60 months consecutive to Count One on Count Two for a total of 120 months.  This is a sentence sufficient but not greater than necessary.

3.      **The need for the sentence to deter, protect, and rehabilitate.**  The need to rehabilitate and deter Mr. Harrell from becoming involved in activity of this nature again can be

achieved from his participation in RDAP along with his prison sentence in this matter. It is important to note that Mr. Harrell has never received substance abuse treatment. Many individuals who find themselves in his situation had the benefit of numerous chances to change course and even received treatment along the way prior to being in his current situation. Unfortunately for him, he started out conduct where a lot of individuals end up. He also took responsibility for his actions immediately. As a result, he saved the United States valuable resources and expenses.

      Furthermore, the lowest period of confinement possible will deter Mr. Harrell, protect the public from him for a significant period of time, and save valuable resources of the federal government in a time resources need to be conserved. Mr. Harrell understands he must be held accountable for his conduct. 120 Months is a very large prison sentence for an individual with a criminal history score of 0 and a category of I who never received any treatment or intervention opportunities before. Especially when considering he is 20 years of age with the lack of guidance that contributed to him being where he finds himself today. Mr. Harrell also requests RDAP as well to assist him upon his release.

4.    **The seriousness of the offense, the need to promote respect for the law, and to provide just punishment.** Undoubtedly, any criminal offense is serous in and of itself. This Defendant is asking for a just punishment that would promote respect for the law. As stated previously, Mr. Harrell has a criminal **history point calculation of (0) and Category of (I)**. Mr. Harrell has never completed any significant substance abuse treatment. He will be serving a long prison sentence in this matter and hopefully completing RDAP. Mr. Harrell needs treatment and guidance that he has never received in the past. The need to promote respect for the law and provide just punishment would be met by his requested sentence mentioned above.

5.      **To protect the public from further crimes of the Defendant.**  As the Defendant previously stated, his participation in RDAP and requested sentence would protect the public from further crimes.  This is of course in addition to the requested 60 month sentences on Counts One and Two to run consecutive for a total sentence of 120 months.

6.      **To avoid unwarranted sentence disparity.**  No codefendants were charged in this matter.  However, after a revue of JSIN information for similarly situated individuals, it appears the Defendant's requested sentence would be in line with the other individuals.

Wherefore, the Defendant Isaiah Harrell, prays the Court when considering all the aforementioned factors, sentence him to a total of 120 months.

Respectfully submitted,

/s/ Jeremy L. Clark

_____

Jeremy L. Clark
Attorney for Isaiah Harrell
P.O. Box 532
Catlettsburg, KY 41129
(606) 739-6774
Fax (606) 739-9125

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was electronically mailed to all appropriate parties on said date.

/s/ Jeremy L. Clark

_____

Jeremy L. Clark